UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MARK J. KLEPSER,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT
BUREAU, LLC,

    Defendants.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §1331 and 47 U.S.C. §227. Venue in this District is proper because Plaintiff resides here and Defendants placed telephone calls within this District.

## PARTIES

3.    Plaintiff, MARK J. KLEPSER (hereinafter, "Plaintiff" or "Mr. Klepser"), is a natural person, and citizen of the State of Florida, residing in Dade County, Florida.

4. Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC (hereinafter, "MERCANTILE" or "Defendant"), is a Foreign Limited Liability Company, headquartered in 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221.

5. Defendant, MERCANTILE, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant, MERCANTILE, regularly collects or attempts to collect debts for other parties.

## FACTUAL ALLEGATIONS SPECIFIC TO MR. KLEPSER

7. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

8. Defendant, MERCANTILE, left the following pre- recorded message on Plaintiff's cellular telephone voice mail on or about the date stated:

> August 9, 2013
> If you are not Klepser, Mark J. please disconnect this call. By continuing to listen to this message you acknowledge that you are Klepser, Mark J. This is Rachel Raglan from Mercantile Adjustment Bureau. Please contact me about an important personal business matter at 866-894-7535. This communication is from a debt collector, this is an attempt to collect a debt. Any information obtained will be used for that purpose. Please use reference number 18387019 when calling our office.

9. Defendant, MERCANTILE, left similar or identical messages on several other occasions. (Collectively, "the telephone messages").

10. Defendant, MERCANTILE, used an automated telephone dialing system or a pre- recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

11. None of Defendant, MERCANTILE's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(a).

12. Defendant, MERCANTILE, willfully or knowingly violated the TCPA.

## COUNT I
## NEGLIGENT VIOLATIONS OF THE
## TELEPHONE CONSUMER PROTECTION ACT

13. Plaintiff incorporates Paragraphs 1 through 12.

14. Defendant, MERCANTILE, placed non- emergency telephone calls to Plaintiff's cellular telephone using an automated telephone dialing system or a pre- recorded or artificial voice in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    (a) Damages;

    (b) A declaration that Defendant's calls violate the TCPA;

    (c) A permanent injunction prohibiting Defendant from placing non- emergency calls to the cellular telephone of Plaintiff using

3

    an automated telephone dialing system or pre- recorded or artificial voice; and

(d) Such further relief as this Court may deem appropriate.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 5th day of November, 2013.

    Respectfully submitted,

    By:/s/ *Christopher Legg*
    Christopher Legg, Esq.
    *Attorney for Plaintiff*
    Florida Bar No. 44460

    CHRISTOPHER W. LEGG, P.A.
    3837 Hollywood Blvd., Ste. B
    Hollywood, FL 33021
    Telephone: 954-235-3706
    Facsimile: 954-927-2451
    ChrisLeggLaw@gmail.com